CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**<br><br>Plaintiff,<br><br>v.<br><br>**Mondher El Ouaer**<br><br>Defendant. | **Case No**. 8:21-cv-00180-JLS-DFM<br><br>**Plaintiff's Notice of Motion and Motion to Enforce the Terms of the Settlement Agreement**<br><br>**Date:** April 1, 2022<br>**Time:** 10:30am<br>**Ctrm:** 10A (10th Fl.)<br><br>Honorable Josephine L. Staton |

    Please take notice that on April 1, at 10:30 am at the United States Courthouse located at 411 W. Fourth St., Santa Ana, CA, 92701, Plaintiff Brian Whitaker will, and hereby does, move this Court to order the above captioned matter be reopened and returned to the active calendar.

    Plaintiff hereby moves this court to reopen the above captioned case pursuant to the court's minute order dated February 4, 2022, as well as under the authority of Federal Rule of Civil Procedure 60(b)(6). The matter was provisionally settled in early August and on August 10, 2021, the assigned mediator notified the Court. Since that time, the plaintiff has been attempting to finalize the settlement

with no cooperation or success. Thus, plaintiff moves to have this case reopened and returned to the active calendar so that Plaintiff may prosecute his case and avoid what would otherwise be a manifest injustice.

This Motion is supported by the Declaration of Amanda Seabock, the exhibits attached thereto, the Memorandum of Points and Authorities, and oral argument, if any.

Dated: February 18, 2022          CENTER FOR DISABILITY ACCESS

                                       By: /s/ *Amanda Seabock*
                                           Amanda Seabock
                                           Attorney for Plaintiff