# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**<br><br>Plaintiff,<br><br>v.<br><br>**Mondher El Ouaer**<br><br>Defendant | Case No. 8:21-cv-00180-JLS-DFM<br><br>**JUDGMENT** |

Per this Court's March 30, 2022, Order, judgment is hereby entered against Defendant and in favor of Plaintiff in the amount of $8,500.00.

**IT IS SO ORDERED.**

DATED: April 15, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

**cc: FISCAL**